**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:16cr341-MHT** |
| | ) | **(WO)** |
| **JESUS LORENZO-AQUINO** | ) | |

**ORDER**

As defendant Jesus Lorenzo-Aquino pled guilty to count one of the indictment pursuant to a plea agreement accepted by the court (doc. no. 16), it is ORDERED that the government's motion to dismiss count two of the indictment (doc. no. 24) is granted.

DONE, this the 23th day of January, 2017.

       /s/ Myron H. Thompson
      **UNITED STATES DISTRICT JUDGE**